IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr335-MHT
                            )            (WO)
WILLIE DOSS McLEAN          )
```

ORDER

With defendant Willie Doss McLean having stated in open court that he no longer wishes to pursue his oral motion to withdraw his guilty plea (Doc. 77), it is ORDERED as follows:

(1) The oral motion to withdraw the plea of guilty (Doc. 77) is denied as moot.

(2) Sentencing shall resume on January 10, 2023, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) Defendant McLean's motion to continue (Doc. 88) is denied as moot.

DONE, this the 19th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE